# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis Paul Lecitshon Jr., <br> aka Francis Lecitshon, <br> aka Francis Lecitshon, Jr., <br> aka Francis Paul Lecitshon, <br> aka Francis P. Lecitshon, <br> aka Francis P. Lecitshon, Jr <br><br> Debtor(s) | BK NO. 17-03891 JJT <br><br> Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594