```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                               Case No. 17-03891-JJT
Francis Paul Lecitshon, Jr.                                          Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar            Page 1 of 1              Date Rcvd: Feb 15, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4999968         E-mail/PDF: cbp@onemainfinancial.com Feb 15 2018 18:55:33      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Francis Paul Lecitshon, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-03891-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Francis Paul Lecitshon, Jr.
1875 Slocum Rd
Wapwallopen PA 18660-8884

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541
PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/17/18

Terrence S. Miller
**CLERK OF THE COURT**