

# CROSS VALLEY
## FEDERAL CREDIT UNION

*Your Community Credit Union*

*"Solutions For Your Financial Life"*

April 9, 2018

Atty. Jason P. Provinzano
16 W. Northampton St.
Wilkes-Barre, PA 18701

RE: Lecitshon, Francis
5:17-bk-03891-JJT

Dear Atty. Provinzano:

I am writing in reference to the Amended Chapter 13 Plan for Mr. Lecitshon. In this plan it mentions that the property we have a lien on at:

54 Laurel St.
Plains, PA 18705

Will be surrendered to Cross Valley. Please accept this letter as notice that Cross Valley does not desire that this property be transferred into our name.

If you have any questions please feel free to contact me. Thank you.

Sincerely,

Ronald J. Ferrance, Jr.
Chief Lending Officer

C: file

East Mountain Corporate Center, 640 Baltimore Drive, Wilkes-Barre, PA 18702
(570) 823-6836 -- (Fax (570) 822-3220 -- PAL (570) 823-3063
Website: www.crossvalleyfcu.org