# LOCAL BANKRUPTCY FORM 3015-3(b)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Francis P. Lecitshon, Jr     :     CHAPTER 7

:     CASE NO. 5 - 17 -bk- 03891

:

:

Debtor(s)     :

## CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the trustee to provide written notice to the holder of the claim and to the applicable state child support enforcement agency. In order for the trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Person Entitled to Receive Domestic Support ("Recipient"):

   Claim Holder     Kearney, Deseray
                Last Name          First          Middle Initial

2. Address of Domestic Support Recipient:

   Claim Holder     111 Winter Street          Pittston
                Street          City
                Luzerne          PA          18640
                County          State          Zip

3. Telephone Number of Domestic Support Recipient:

   Claim Holder     (570) 299-7048
                (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

            Luzerne County
            Name of Court
            113 North Street, Wilkes-Barre, PA 18711
            Address of Court
            01410-2008          419110305
            Docket Number          PACSES Number

The undersigned hereby certifies that the foregoing statements are true and correct under penalty of perjury.

DATED: 5-7-18     BY: Francis P. Lecitshon, Jr.
                                       Debtor