**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr <br>       <u>Debtor</u> | CHAPTER 13 |
| Quicken Loans Inc. <br>       <u>Movant</u> <br>   vs. | NO. 17-03891 RNO |
| Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr <br>       <u>Debtor</u> | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esquire <br>       <u>Trustee</u> | |

## <u>ORDER</u>

  Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.