IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr<br>Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>Movant<br>vs.<br><br>Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 17-03891 MJC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 14, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr
1875 Slocum Road
Wapwallopen, PA 18660

Attorney for Debtor(s)
Jason Paul Provinzano, 16 West Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: September 14, 2021

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com