In re:  Case No. 17-03891-MJC

Francis Paul Lecitshon, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 17, 2022     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Francis Paul Lecitshon, Jr., 1875 Slocum Rd, Wapwallopen, PA 18660-8884 |
| 4970341 | | Amy F. Doyle, Esquire, Jaffe & Asher, LLP, 2041 Springwood Rd, York, PA 17403-4836 |
| 4970345 | | Cross Valley Federal Credit Union, 640 Baltimore Dr, Wilkes Barre, PA 18702-7943 |
| 4998777 | + | DISCOVER BANK, DISCOVER PRODUCTS INC., PO BOX 3025,, NEW ALBANY, OH 43054, 8 43054-3025 |
| 4970338 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 4970337 | | Lecitshon Francis Paul Jr, 1875 Slocum Rd, Wapwallopen, PA 18660-8884 |
| 4970348 | | Luzerne County Tax Claim Bureau, c/o Northeast Revenue Services LLC, 200 N River St, Wilkes Barre, PA 18711-1004 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Nov 17 2022 23:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4970342 | | Email/Text: legal@arsnational.com | Nov 17 2022 18:37:00 | ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 4970339 | | Email/Text: kristin.villneauve@allianceoneinc.com | Nov 17 2022 18:37:00 | Alliance One, 4850 E Street Rd Ste 300, Trevose, PA 19053-6643 |
| 4970340 | ^ | MEBN | Nov 17 2022 18:36:30 | American Coradius International LLC, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |
| 5027952 | + | EDI: AIS.COM | Nov 17 2022 23:43:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5020479 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 18:50:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4970344 | | EDI: CAPITALONE.COM | Nov 17 2022 23:43:00 | Capitalone, PO Box 26625, Richmond, VA 23261-6625 |
| 4970343 | | EDI: CAPITALONE.COM | Nov 17 2022 23:43:00 | Capitalone, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5035643 | + | EDI: WFNNB.COM | Nov 17 2022 23:43:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4999567 | | EDI: DISCOVER.COM | Nov 17 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4970346 | | EDI: DISCOVER.COM | Nov 17 2022 23:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 4970347 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2022 18:37:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Menomonee Falls, WI 53051-7096 |
| 4970349 | + | Email/Text: bankruptcy@mermed.com | Nov 17 2022 18:37:00 | Merchants & Medical Credit Corp, Inc, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 4970350 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2022 18:37:00 | Midland Credit Management Inc, PO Box 13386, Roanoke, VA 24033-3386 |
| 4999968 | | EDI: AGFINANCE.COM | Nov 17 2022 23:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4970351 | | EDI: AGFINANCE.COM | Nov 17 2022 23:43:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 4970353 | | EDI: PRA.COM | Nov 17 2022 23:43:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 5023127 | + | EDI: PRA.COM | Nov 17 2022 23:43:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5023128 | + | EDI: PRA.COM | Nov 17 2022 23:43:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541, PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4971121 | + | EDI: RECOVERYCORP.COM | Nov 17 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4970352 | | EDI: PRA.COM | Nov 17 2022 23:43:00 | Portfolio Recovery Asscoiates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 4970354 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2022 18:37:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5019848 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2022 18:37:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5162378 | + | Email/Text: bncmail@w-legal.com | Nov 17 2022 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162377 | + | Email/Text: bncmail@w-legal.com | Nov 17 2022 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4970355 | | EDI: WTRRNBANK.COM | Nov 17 2022 23:43:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 4970356 | | EDI: CAPITALONE.COM | Nov 17 2022 23:43:00 | Worlds Foremost Bank, 4800 NW 1st St, Lincoln, NE 68521-4463 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cross Valley Federal Credit Union, 640 Baltimore Drive, Wilkes-Barre, PA 18702-7943 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5005203 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Francis Paul Lecitshon  Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Francis Paul Lecitshon Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5510<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–03891–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Francis Paul Lecitshon Jr.
aka Francis Lecitshon Jr., aka Francis Lecitshon, aka Francis Paul Lecitshon, aka Francis P. Lecitshon Jr., aka Francis P. Lecitshon

11/17/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2