## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

FRANCIS PAUL LECITSHON, JR.  Case No.: 5-17-03891-MJC
                              Chapter 13

Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:      MORTGAGE INFORMATION**
Creditor Name:                QUICKEN LOANS INC
Court Claim Number:           09
Last Four of Loan Number:     1875 Slocum Rd - PRE-ARREARS - 4928
Property Address if applicable: 1875 SLOCUM RD., , WAPWALLOPEN, PA18660-8884

**PART 2:      CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                          $1,002.81
b. Prepetition arrearages paid by the Trustee:                              $1,002.81
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                         $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                 $0.00
e. Allowed postpetition arrearage:                                          $0.00
f. Postpetition arrearages paid by the Trustee:                             $0.00
g. Total b, d, f:                                                           $1,002.81

**PART 3:      POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:      A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: QUICKEN LOANS INC
Court Claim Number: 09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200 | 1223584 | 11/03/2020 | $67.32 | $0.00 | $67.32 |
| 5200 | 1224555 | 12/10/2020 | $86.45 | $0.00 | $86.45 |
| 5200 | 1226338 | 01/19/2021 | $86.45 | $0.00 | $86.45 |
| 5200 | 1227355 | 02/17/2021 | $86.45 | $0.00 | $86.45 |
| 5200 | 1228379 | 03/17/2021 | $86.45 | $0.00 | $86.45 |
| 5200 | 1229388 | 04/15/2021 | $86.45 | $0.00 | $86.45 |
| 5200 | 2000777 | 05/18/2021 | $86.45 | $0.00 | $86.45 |
| 5200 | 2001774 | 06/16/2021 | $89.30 | $0.00 | $89.30 |
| 5200 | 2002749 | 07/14/2021 | $89.30 | $0.00 | $89.30 |
| 5200 | 2003827 | 08/18/2021 | $89.30 | $0.00 | $89.30 |
| 5200 | 2004819 | 09/14/2021 | $89.30 | $0.00 | $89.30 |
| 5200 | 2005870 | 10/14/2021 | $59.59 | $0.00 | $59.59 |

Re:

FRANCIS PAUL LECITSHON, JR.     Case No.: 5-17-03891-MJC

Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JASON P PROVINZANO, ESQUIRE<br>LAW OFFICES OF JASON P PROVINZANO LLC<br>16 W NORTHAMPTON STREET<br>WILKES-BARRE PA, 18701-1708 | SERVED ELECTRONICALLY |
| QUICKEN LOANS, INC<br>635 WOODWARD AVE<br>DETROIT, MI, 48226 | SERVED BY 1ST CLASS MAIL |
| FRANCIS PAUL LECITSHON, JR.<br>1875 SLOCUM RD.<br>WAPWALLOPEN, PA 18660-8884 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com