# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr<br>　　　　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　　　　　　　Movant<br>　　　　　vs.<br><br>Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr<br>　　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　　Trustee | BK NO. 17-03891 MJC<br><br>Chapter 13<br><br>Related to Claim No. 9 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 22, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Francis Paul Lecitshon Jr. aka Francis Lecitshon, aka Francis Lecitshon, Jr., aka Francis Paul Lecitshon, aka Francis P. Lecitshon, aka Francis P. Lecitshon, Jr
1875 Slocum Road
Wapwallopen, PA 18660

Attorney for Debtor(s)
Jason Paul Provinzano, 16 West Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: July 22, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com